UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **ARCADIA ENTERPRSES, INC.** ) | **Chapter 11** |
| ) | **Case No.   10-40226-JBR** |
| **DEBTOR** ) | |
| ) | |

## NOTICE OF ELECTION AS SMALL BUSINESS DEBTOR

To creditors and other parties in interest:

Notice is hereby given that in accordance with the provisions of MLBR 3017-2(a), the within Debtor, that is a small business as defined by 11 U.S.C.§101(51C), hereby elects to be considered a small business within the meaning of 11 U.S.C.§1121(e).

        Respectfully submitted,
        **Arcadia Enterprises, Inc.**
        By its counsel,

        /s/ Nina M. Parker
        Nina M. Parker (BBO #389990)
        nparker@ninaparker.com
        Jenny L. Yandell (BBO #658322)
        jyandell@ninaparker.com
        Parker & Associates
        10 Converse Place
        Winchester, Massachusetts 01890
        (781) 729-0005

DATED:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **ARCADIA ENTERPRSES, INC.** ) | **Chapter 11** |
| ) | **Case No.   10-40226-JBR** |
| **DEBTOR** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Nina M. Parker, do hereby certify that I have given either electronic notice and/or mailed, postage prepaid, copies of **Notice of Election of Small Business Debtor** to the parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
nparker@ninaparker.com
Jenny L. Yandell (BBO #658322)
jyandell@ninaparker.com
Parker & Associates
10 Converse Place
Winchester, Massachusetts 01890
(781) 729-0005

DATED:     January 21, 2010

**Electronic Mail Notice List**

- Richard King     USTPRegion01.WO.ECF@USDOJ.GOV

**Manual Notice List**

Arcardia Enterprises, Inc.
8 Condon Way
Hopedale, MA  01747