## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **ARCADIA ENTERPRSES, INC.** ) | **Chapter 11** |
| ) | **Case No. 10-40226-JBR** |
| **DEBTOR** ) | |
| ) | |

### APPLICATION BY DEBTOR,
### ARCADIA ENTERPRISES, INC.,
### TO RETAIN COUNSEL ON GENERAL RETAINER

Arcadia Enterprises, Inc., ("Debtor") respectfully requests this Honorable Court to authorize the employment of Nina M. Parker and Parker & Associates on a general retainer in the above-referenced case. In support thereof, the Debtor states as follows:

1. The employment of Parker & Associates is in the best interests of the Debtor.

2. Parker & Associates does not represent any entity in connection with this case and has no interest adverse to the Estate in matters upon which Parker & Associates is to be employed and is disinterested as that term is defined in 11 U.S.C. §101(14). Parker & Associates has been assisting the principal of the Debtor, Michael Civitarese with his efforts to obtain a loan modification upon his personal residence. The request for loan modification is pending with BAC Home Loans Servicing, LP.

3. The Debtors seeks authorization to retain Counsel to represent it:

   a. In connection with the above-referenced Chapter 11 case; and

   b. In connection with any Chapter 7 proceedings, in the event that the Debtor seeks to convert the above-referenced case to a case under Chapter 7.

4. Parker & Associates is holding from a third party a deposit in the amount of $10,000.00 as a security deposit. The filing fee has been paid.

5. Further, the Debtor seeks authorization to establish a procedure to provide compensation to its retained counsel, Parker & Associates, on a monthly basis. The Debtor requests that it be authorized to make payments for legal fees and disbursements incurred during the pendency of this action on the first of each month. Pursuant to the terms of the Debtor's engagement with Parker & Associates, counsel will be compensated at her usual hourly rate of $310.00 per hour and $250.00 and $125.00 per hour for associates, with fees and disbursements payable by Debtor on a monthly basis and subject to Court approval.

6. Debtor proposes that written fee and expense reports be submitted on a monthly basis to the Debtor, the United States Trustee, the Creditors' Committee (if one is appointed) and the Court. Objections to the fees and expenses will be submitted to the Court for adjudication for a period of twenty (20) days after the invoice is submitted. If any objections are lodged, the Debtor will pay 80 percent of counsel's invoice and reserve the balance for determination by the Court at the hearing on counsel's invoice and reserve the balance for determination by the Court at the hearing on counsel's Application for Final Allowance.

7. The Debtor projects, on a cash flow basis that after payment of operating expenses during the next six months, there will remain available operating funds. Therefore, the Debtor projects that the likelihood of a successful reorganization is high.

WHEREFORE, the Debtor requests that this Court enter an Order authorizing the Debtor to retain Counsel to perform the legal services specified above and all legal services related

thereto which may be required during the course of this case, and to pay counsel's monthly invoices according to the protocol set forth above, and for such other and further relief as is just and proper.

**Arcadia Enterprises, Inc.**
By its President Treasurer and Secretary

_____
Michael J. Civitarese

DATED: